NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1025
(Serial No. 10/631,698)


IN RE S.V. BABU, SHARATH HEGDE,
and SUNIL CHANDRA JHA


<u>Susan E. Chetlin</u>, Fennemore Craig, P.C., of Denver, Colorado, for appellants. With her on the brief was <u>Bruce E. Dahl</u>.

<u>Stephen Walsh</u>, Acting Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, for the Director of the United States Patent and Trademark Office. With him on the brief were <u>Nathan K. Kelley</u> and <u>Heather F. Auyang</u>, Associate Solicitors.

Appealed from:  United States Patent and Trademark Office
       Board of Patent Appeals and Interferences

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1025

(Serial No. 10/631,698)

IN RE S.V. BABU, SHARATH HEGDE,
and SUNIL CHANDRA JHA,

# Judgment

ON APPEAL from the      United States Patent & Trademark Office, Board of Patent
Appeals and Interferences.


This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, BRYSON and LINN, <u>Circuit Judges</u>).


**AFFIRMED.**  <u>See</u> Fed. Cir. R. 36.


*ENTERED BY ORDER OF THE COURT*


DATED <u>July 10, 2008</u>          <u>/s/ Jan Horbaly</u>_____
                        *Jan Horbaly, Clerk*